**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB M. CURTIS, | Case No.: 2:26-cv-00308-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Application to Proceed In Forma Pauperis, and Ordering the Filing Fee Be Paid** |
| v. | |
| SUNRISE MOUNTAINVIEW HOSPITAL, et al., | [ECF Nos. 5, 6] |
| Defendants | |

On March 13, 2026, Magistrate Judge Koppe recommended that I deny plaintiff Jacob Curtis' application for leave to proceed in forma pauperis because his application shows that he has the means to pay the filing fee. ECF No. 6.  Curtis did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 6) is accepted and plaintiff Jacob Curtis' application for leave to proceed in forma pauperis (ECF No. 5) is denied.

I FURTHER ORDER that plaintiff Jacob Curtis must pay the filing fee by April 30, 2026 or this case will be dismissed without prejudice.

DATED this 7th day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE