**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Jacob M. Curtis,<br><br>        Plaintiff(s),<br><br>v.<br><br>Sunrise Mountainview Hospital, Inc., et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00308-APG-NJK<br><br>**Order** |

Plaintiff having paid the filing fee, Docket No. 8, the Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 2-1) on the docket.  Plaintiff must complete service within 90 days of this order.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:  May 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1