Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sunrise Mountainview*
*Hospital Inc, DBA Mountainview Hospital*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JACOB M. CURTIS,<br><br>          Plaintiff,<br><br>  vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL INC, DBA MOUNTAINVIEW HOSPITAL,<br><br>          Defendants. | Case No.:  2:26-cv-00308-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Sunrise Mountainview Hospital Inc, DBA Mountainview Hospital ("Defendant") by and through counsel of record and pro per Plaintiff Jacob M. Curtis ("Plaintiff"), hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's First Amended Complaint ("FAC") (ECF No. 12). Defendant's response to Plaintiff's FAC is currently due July 9, 2026. Because Defense counsel has just been retained in this case, the parties have agreed to a fourteen (14) day extension of time up to and including **July 23, 2026**, in which for Defendant to respond to the FAC.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 7th day of July, 2026.    DATED this 7th day of July, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Jacob M. Curtis*

Jacob M. Curtis
10627 Gibbous Moon Dr.
Las Vegas, NV 89129

*In Pro Se*

/s/ *Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Sunrise Mountainview Hospital Inc, DBA Mountainview Hospital*

IT IS SO ORDERED.

**ORDER**

United States Magistrate Judge

July 8, 2026

DATED

- 2 -